## LIST OF EXHIBITS

A. Relevant Statutes

B. Superseding Indictment dated June 21, 2016

C. Arrest Warrant dated June 21, 2016

D. Affidavit of Special Agent Patrick Flood, Drug Enforcement Administration