# Exhibit C

# UNITED STATES DISTRICT COURT

## for the

Eastern     District of     Virginia

SEALED

|  |  |
|---|---|
| United States of America<br>v.<br><br><br>Max Alberto Estrada-Linares<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)    Case No.    3:16cr67 |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Max Alberto Estrada-Linares        ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☒ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Title 21, U.S.C., Sections 963 and 959(a) - Conspiracy to Distribute Five Kilograms or More of Cocaine, Knowing and Intending that it would be Unlawfully Imported into the United States.


Date: _____ 06/21/2016 _____

_____
*Issuing officer's signature*

City and state:   Richmond, Virginia

_____
T. Johnston, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____<br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |