# Exhibit D

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MAX ALBERTO ESTRADA LINARES,** | AFFIDAVIT IN SUPPORT<br>OF REQUEST FOR<br>EXTRADITION<br><br>3:16cr67 |

I, Patrick Flood, being duly sworn, depose and state:

1. I am a citizen of the United States.

2. I am currently employed as a Special Agent with the United States Drug Enforcement Administration (DEA) and have been employed as such for approximately twenty five years.

3. The DEA is one of the agencies within the United States Government responsible for the enforcement of federal controlled substance laws. As an agent with the DEA, I have personally conducted and participated in dozens of investigations that have resulted in the arrests and convictions of people responsible for trafficking in illegal drugs.

4. Based on my training and experience as an agent with the DEA, I am familiar with the means and methods that drug traffickers use to import illicit drugs and I am familiar with the support and assistance that drug trafficking organizations require to conduct their illegal activities. I have also become knowledgeable about the criminal statutes of the United States and the federal controlled substance statutes in particular.

5. I am the lead agent assigned to the investigation of the drug trafficking activities of Max Alberto ESTRADA-LINARES alias Gueva, alias Guevara, alias Ernesto Che, alias Juan De Arco, alias Licenciada Bicford Castillo, alias Bicford, alias Juan Ernesto. I am familiar with the evidence in the case. The facts set forth in this affidavit are based on my personal knowledge, information supplied to me by other law enforcement personnel, and other sources of information. I am familiar with all aspects of this investigation but have not set forth each and every fact about this investigation. The following is merely a summary of the evidence obtained during this investigation and does not reflect my entire knowledge of the investigation.

## SUMMARY OF THE EVIDENCE

6. An investigation initiated by U.S. law enforcement authorities in early 2015 has produced evidence that a drug trafficking organization based in Central America is exporting cocaine to the United States. Information received from law enforcement authorities and lawfully intercepted and recorded communications obtained by law enforcement indicate that Max Alberto ESTRADA-LINARES is a member of the drug trafficking organization and has participated in at least two cocaine smuggling ventures in the recent past which have resulted in cocaine being seized by law enforcement authorities in Central America. ESTRADA-LINARES works in partnership with buyers in Mexico and is responsible for delivering cocaine to these buyers for subsequent importation into the United States.

## March 8, 2016 Cocaine Seizure

7. On March 8, 2016, while on patrol off the coast of Costa Rica, the Costa Rican Coast Guard observed a go-fast boat approximately 60 nautical miles off the coast of Matapalo, Costa Rica. Subsequent investigation by Costa Rican Coast Guard officials led to the

2

discovery of 530 kilograms of cocaine contained in several sacks on board the vessel. Three persons on board the vessel at the time of the discovery and seizure of the cocaine, two Ecuadorian nationals and one Colombian national, were arrested and charged with drug trafficking violations by Costa Rican law enforcement authorities.

8. During lawfully intercepted communications in March 2016, ESTRADA-LINARES was recorded discussing his ownership interest in the 530 kilogram load of cocaine seized by Costa Rican authorities on March 8, 2016. During the intercepted communications prior to the March 8, 2016 seizure, ESTRADA-LINARES discussed the price and brand of the cocaine, the method of payment for the cocaine, and the time frame of the smuggling venture. In the intercepted communications after the March 8, 2016 seizure, ESTRADA-LINARES discussed the brand and exact quantity of cocaine seized, the boat from which the cocaine was seized, and the status of the two Ecuadorian nationals and one Colombian national arrested by Costa Rican law enforcement authorities. In addition, ESTRADA-LINARES received a picture of the specific brand of cocaine that was seized and an internet link to a news report about the seizure of the cocaine by the Costa Rican Coast Guard on March 8, 2016 from the seller of the cocaine. The lawfully intercepted and recorded picture of the brand of cocaine matches the brand of cocaine seized by the Costa Rican Coast Guard on March 8, 2016. At all relevant times ESTRADA-LINARES conspired with the knowledge and intent to import the cocaine into the United States.

### May 2016 Cocaine Seizure

9. In May 2016, Guatemalan law enforcement seized 233 kilograms of cocaine that washed up on shore along the area near Puerto Quetzal, Guatemala. Based on lawfully

3

intercepted communications over telephones used by ESTRADA LINARES and his co-conspirators, law enforcement agents learned that ESTRADA LINARES had an interest in 500 kilograms of cocaine that was being transported on a boat on behalf of a Mexican drug trafficker. The 500 kilogram load was being transported along the Pacific Coast of Guatemala on May 19, 2016, when the smugglers on board the boat detected the presence of law enforcement and jettisoned the cocaine into the ocean to avoid detection. Law enforcement lawfully intercepted photographs of the cocaine transmitted between ESTRADA LINARES and his co-conspirators. The intercepted images of the packages of cocaine matched the pictures of the cocaine that washed up on shore taken by Guatemalan law enforcement.

## **IDENTIFICATION**

10. Max Alberto ESTRADA-LINARES alias Gueva, alias Guevara, alias Ernesto Che, alias Juan De Arco, alias Licenciada Bicford Castillo, alias Bicford, alias Juan Ernesto is a Guatemalan citizen, born on September 5, 1981, in Puerto San Jose, Escuintla, Guatemala. He was issued Guatemalan personal identity document CUI 1607 99406 0509 on August 23, 2015.

11. On March 2, 2016, ESTRADA LINARES was lawfully intercepted communicating with his co-conspirators about his involvement in the drug trafficking activity that is the subject of the Superseding Indictment. In those conversations, he was intercepted stating that he would be traveling from Roatan to San Pedro Sula, Honduras, on a commercial flight on March 6, 2016. Law enforcement authorities obtained photographs and video of ESTRADA LINARES disembarking the flight and transiting through the airport in San Pedro Sula, Honduras. Honduran immigration records revealed that ESTRADA

4

LINARES traveled on March 6, 2016, using his real name, date of birth, and Guatemalan national identity document number 1607 99406 0509 . In April, 2016, ESTRADA LINARES was lawfully intercepted receiving and positively acknowledging a picture of himself. Your affiant compared the photographs and the video from ESTRADA LINARES' March 6, 2016 visit to the San Pedro Sula, Honduras airport to the photograph that was lawfully intercepted in April 2016, and determined that they depicted the same individual.

12. Attached to my affidavit as **Attachment 1** is a copy of a photo of Max Alberto ESTRADA LINARES, the person who participated in the offenses charged in this case.

Patrick Flood, SPECIAL AGENT
Drug Enforcement Administration

Sworn and subscribed before me
this __29th__ day of December, 2016

/s/
Roderick C. Young
United States Magistrate Judge

5