# Attachment 1

