UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

UNITED STATES                           :

v.                                      :   Case No. 16-CR-0067 (HEH)

MAX ALBERTO ESTRADA LINARES             :

   Defendant                            :

<u>DEFENDANT'S POSITION IN AID OF SENTENCING</u>

# EXHIBIT 1

# DEFENDANT MAX ESTRADA LINARES' LETTER TO THE COURT IN AID OF SENTENCING

October 18 2018

Dear Honorable Jude Hudson

I am writing this letter to explain the circumstances of my being here for sentencing. I want your honor to know that I pled guilty in this case because I was guilty. The government's evidence against me is the truth and I want to admit my complete guilt before your honor.

I imagine that almost everyone before your honor for his sentence explains how sorry he is for what he has done. I am sorry also and I am trying to say more than just words. Since before I arrived in the US I directed my attorney to tell the government that I would plead guilty to see if there was anything before I arrive.

I believe that my lawyer has explained to you that I permitted the DEA to search my computer and phones and then I gave them a USB with other important information.

Judge Hudson I am here in the United States and my family, which is my wife and four daughters are still in Guatemala, I am scared for them and their safety and I know it is my fault that there are threats against them. I am worried about my daughters all the time and miss them with all my heart and I have guilt because it is my errors that have made them unsafe. As your honor may know, people in the drug trafficking business take advantage of situations like this, and I am not there to protect them.

I want to write my appreciation for the prosecutor and agents in my case. They have been always honest with me and I have given then the same in return. I know from talking to my lawyer that are complicated my rules about sentencing in the United States. When I pled guilty before your honor I agreed with the government about what I had done.

I am asking the court to consider giving me the lowest sentence possible in my guidelines. Even with that small mercy, it will still be many years before I return back to my wife and children. I need to say that I am sorry to the people of the United States. Being in jail here has opened my eyes to the problems that I caused. I am a religious man and I take an oath before God that I would never, ever be involved in drug trafficking again. When I return to my country I will wash floors, clean dishes, and bathrooms, or any real job I can find to support family and myself.

**MAX ALBERTO ESTRADA LINARES**

October 9, 2018

Estimado Honorable Juez Hudson

Escribo esta carta explicando las circumstancias de estar yo aca presente para mi sentencia. Quiero que su señoria sepa que me declare culpable en este caso porque era culpable. La evidencia del gobierno en mi contra es la verdad y quiero admitir mi culpa ante su señoria.

Me imagino que casi todo el mundo en su sentencia le explica a su señoria cual arrepentido esta por lo que ha hecho. Tambien lo estoy y por eso estoy tratando de decir mas que palabras. Desde antes que llegara a los Estados Unidos le direccione a mi abogado que le dijera al gobierno que me declararia culpable para tambien si habia algo que pudiera hacer antes de que llegara.

Creo que mi abogado le ha explicado que permití que la DEA revisara mi pc y telefono y luego les dimos una memoria USB con otra informacion importante.

Juez Hudson, estoy aca en US y mi familia la cual es mi esposa y 4 hijas estan todavia en Guatemala, estoy asustado por su seguridad y estoy conciente que es mi culpa que hayan amenazas encontra de ellas. Me preocupan mis hijas todo el tiempo y las extraño de todo corazon y tengo culpa porque por mis errores las he puesto en posicion de inseguridad. Como su señoria debe saber, la gente en el narcotrafico toman ventaja de estas situaciones y no estoy alli para protegerlas.

Quiero escribir mi agradecimiento por el fiscal y agentes de mi caso. Siempre han sido honestos y yo igual a cambio. Al hablar con mi abogado se que hay reglas complicadas en USA, cuando me declare culpable ante su señoria acorde con mi gobierno sobre mis acciones.

Le pido a la corte que considere darme la sentencia mas baja en mis guias. Incluso con esta pequeña clemencia van a ser muchos años antes de que regrese a mi esposa e

hijos. Tengo que decir que lo siento mucho y perdón a la gente de USA. Estar preso me ha abierto los ojos a los problemas que he causado. Soy un hombre religioso y juro ante dios que nunca pero nunca mas voy a estar en el narcotrafico otra vez. Cuando regrese a mi pais lavare pisos, platos, baños o cualquier otro trabajo real que encuentre para mantenerme y a mi familia.

Max Alberto Estrada Linares