UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

UNITED STATES :

v. : Case No. 16-CR-0067 (HEH)

MAX ALBERTO ESTRADA LINARES :

Defendant :

DEFENDANT'S POSITION IN AID OF SENTENCING

# EXHIBIT 2

# LETTER TO THE COURT FROM THE DEFENDANT'S FAMILY

Sir Judge Hudson

Hereby I can tell you I am Max's Alberto Estrada Linares daughter, but I call him daddy chulo. He has 5 daughters, the baby's name is Tessa, the next ones is Yazel, then me and lastly my oldest sister Nahomy. As his daughter I spent most of the time with him, I miss him so much with my heart. We created a game with my sisters. We called it "tickle monster," where he was the monster and when he caught us the others had to help to tickle him and free us.

I regret for not taking the advantage to kiss, hug, him; play when had the chance. When my father gets released I will seriously use the time to be with him always and not let him go.

I just want to tell you something that happened to me on my way to my car, I fell asleep for a few minutes and when I woke up I heard a voice that told me " I took him on September and you will get him back on September." I hope your position changes with this letter.

Sincerely: Ashly Estrada   "daughter"
To: Judge Hudson


Thank you so much for your generosity.

Ashly Melaydi Estrada Ruano

Señor Juez Hudson.

Por este medio le puedo decir que yo soy hija de Max Alberto Estrada Linares pero yo le digo papito chulo, el tiene 5 hijas. la bebe se llama tessa la siguiente se llama yazel despues sigo yo y por ultimo mi hermana mayor se llama Nahomy yo como su hija y como la que pasaba mas tiempo con el lo extraño mucho con todo mi corazón, con mis hermanas inventamos un juego llamado el moustro de las cosquiñas el era el moustro cuando nos atrapaba las demas teniamos que ayudarnos y hacerle cosquillas a el para liberar a la otra.

Yo me arepiento por no aprobechar a besarlo, abrazarlo y jugar con el cuando si podia hacerlo pero cuando salga mi papa encerio voy a aprobechar para estar con el todo el tiempo que pueda y nunca lo dejare ir.

Solo quisiera contarle algo que me paso al ir en mi carro me dormi por unos minuto pero cuando me desperte escuche algo que me decia "En Septiembre te lo quite en Septiembre te lo develbo". espero que con esta cartita cambie su parecer.

Atentamente: Ashly Estrada   "hija"
Para: Juez Hudson

Muchas gracias por su generocidad.

Madison Yazel Estrada Ruano

Sir Judge hereby I want to request getting my father out of that place. First, I want to say that we all in the family miss and love him, and still at the house there is a baby, Tessa, who has yet not met my father and at least we had the time to live with our father and Tessa needs to see a paternal figure and you do not know how much it hurts me and my family not to have him in our home, an important part of the family and I do not know how to express the emptiness that there is in my heart.

Madisson Yazel Estrada Ruano    Carta #4
                                7/2

Señor Juez por medio de esta carta le quiero pedir que saque a mi papa de ese lugar primero quiero decir que todos en la familia lo extrañamos y amamos y aún en la casa hay una bebé Tessa que no ha conocido bien a mi papá y almenos nosotras tuvimos tiempo para convivir con nuestro padre y Tessa necesita ver a una figura paterna y no sabe cuanto nos duele a mi familia y yo no tener en nuestra casa a una parte muy importante de la familia y no se como expresar el vasio que hay en mi corazón. 💔   (Papi/Dad 💔 Yo/I)

Madison Yazel Estrada Ruano Letter # 2

Sir Judge I know that my father was not a perfect father but the time he has been in there is enough so he could understand that a family is the biggest gift God could have given him. And you do not know what I thought when was writing this letter, I was crying trying to be strong enough to convince you about my father; you do not know how much pain and burning I am going through so I say bye to you.
I HOPE YOU UNDERSTAND.


DAD----FAMILY

**Ashley Melaydi Estrada Ruano**

Madisson Yazel Estrada Ruano    carta # 2  2/2

Señor Juez yo se que mi papi no fue un perfecto padre pero estar ahí el tiempo que estuvo fue suficiente para que el pudiera comprender que una familia es el regalo más grande que Dios le pudo haber dado y no sabe lo que pense cuando estava escribiendo esta carta estaba llorando intentando que fuera lo suficientemente buena para comvenserlo sobre mi papi no sabe el gran dolor, ardor que estoy pasando y asi me despido

ESPERO QUE COMPRENDA

family
Dad

Sir Judge

I respectfully direct to you this letter.

I am Max's sister asking you from the bottom of my heart that before you sentence him please consider his family left behind, wife and daughters. I am the sister and I miss him so much. He was my support and the father I never had. He has been always looking after me, and my 3 children. I miss him; his life is just like mine. He is my father and my brother. I beg you through this means that as God has mercy on us as sinners, please consider the ones who are here and miss him. He is the head and sustenance of this family. I beg you as human being that as a father, husband and brother understand that we are not perfect and deserve an opportunity because only God is perfect and his word says that He who is without sin, let him throw a stone at first. Only God can judge us, please your honor have mercy on us, and with God in your hands it's our lives as a family.

Sir Judge Respectfully

Señor Juez

Me dirijo a usted con el devido
Respeto
Soy hermana de Max
pidiendole de corazon que antes de juzgarlo
piense en las familias que el dejo en la esposa
y hijas yo soy la (~~hermad~~) hermana
y el me ace mucha falta el era mi apoyo
el es como el padre que nunca tube
el a estado al pendiente de mi y mis 3 hijos
lo extraño y me ace falta y la vida de el
es mi vida xq no tiene sentido
es mi padre y mi hermano por este
medio le suplico que asi como dios tiene
misericordia de nosotros aun siendo pecadores
piense en todos los que estamos aca y el
dejo lo extrañamos y el es la cabeza y el
sustento de toda esta familia
le ruego como ser humanos que usted
como padre esposo hermano entienda
que no somos perfectos y meresemos
una oportunida por que solo mi dios
es perfecto y la palabra del el dice
que el que este libre de pecados que
tire la primera piedra y solo dios es
quien nos puede juzgar tenga piedad de
el señor juez por que dios es el que
tiene misericordia como pecadores en sus
manos esta la vida de todos nosotros
como familia
    Señor juez con todo Respeto

Guatemala, August 2018

To:
Sir. Judge
Hudson, USA.

I cordially greet you and at the same time identifying as Jose Alarcon Vasquez, with ID number 2623317431306 from Guatemala.

I write this letter to notify that I am related to Mr. Max Estrada Linares who has been a close and intimate person towards my person; he has been an exemplar, hardworking, and humble person. He has earned love form his closest family members; especially he is a person who knows where he is going and what he wants. He is a great example my lovely cousin Max.

I finish this letter notifying you your honor that as a person I miss my cousin Max a lot and as family we miss him because he has been a person who has fought for his family and he has always been a fundamental key for the family.

I beg you with all my heart... that my lovely cousin Max comes back to Guatemala!

Sincerely,

Jose Alarcon Vasquez
His Cousin junior

Guatemala Agosto 2018

Para:
Sr. Juez
Hudson, USA.

Le saludo cordialmente y al mismo tiempo me identifico con Ud. Mi nombre es José Alarcon Vásquez con identificación Guatemalteca: DPI 2623317431306

Escribo esta presente para notificarle que soy pariente del Señor Max Estrada Linares, ha sido una persona muy cercana y intima hacia mi persona; Max Estrada para mi persona a sido una persona ejemplar, trabajadora, humilde, se ha ganado el cariño de sus familiares cercanos; y sobre todo una persona que sabe lo que quiere y hacia donde quiere ir. Es un gran ejemplo mi querido primo Max.

Termino esta presente; para notificarle a Ud. Señor Juez como persona, que yo extraño mucho a mi primo Max, y como familia lo extrañamos, porque ha sido una persona que se ha dedicado a luchar por su familia y él Max ha sido una persona y pieza fundamental dentro de la familia.
Le suplico con todo el corazón... el regreso nuevamente a mi querido primo Max a Guatemala.!!!

Att. _____
José Alarcon Vásquez
Su Primo Junior.

Guatemala August 7, 2018

Judge Hudson
United States

Respectable Judge, I Aminta de Alarcon, Gilmer's Alarcon wife, Mr. Max's Estrada cousin write to you to bring to your attention about the great person, father and husband Mr. Max Estrada is. During the time I have lived with him he has shown us how valuable he is as a person, being humble and generous.

Therefore Sir. Judge on behalf of family and friends I beg you consider him in the sentencing, which is ask to be the minimum so we can have him back with us.

AMINTA DE ALARCON
ID 1610776761306

Guatemala 07 de Agosto 2018

Juez Hudson
Estados Unidos
Pte:

Respetable Juez, yo Aminta de Alarcón Esposa de Gilmer Alarcón Primo del señor Max Estrada. me comunico con usted para hacer de su conocimiento de la gran persona Padre y esposo que es el señor Max Estrada. durante el tiempo convivido con él, nos ha demostrado lo valioso que es como persona siendo humilde y bondadoso

Por lo tanto señor Juez en nombre de su familia y amigos le suplico lo considere en la sentencia a aplicar la cual pedimos sea mínima para tenerlo pronto con nosotros.

Aminta de Alarcón.
DPI 1610776761306

Guatemala, August 7 2018

Sir.
Judge Hudson
United States

Respectable Sir.

I am Luna Alarcon, Max's Estrada niece. During the time I've known him, I've seen he is a good person, husband and very lovely with his daughters and us.

I ask your honor to be considered with his sentencing because we want to have him back with us soon.

Sincerely:

Luna Alarcon
Underage

Guatemala
07-Agosto 2018

Señor:
Juez hudson
estados unidos

Respetable señor

Yo Luna Alarcon soy sobrina del señor Max estrada. durante todo este tiempo que yo lo conozco he visto que es una buena persona un buen esposo y muy amoroso con sus hijas igual con nosotros.

Por lo que yo le pido señor Juez. que usted sea considerado con el en la sentencia ya que lo queremos tener con nosotros pronto

Atentamente:

Luna Alarcón.
menor de edad