UNITED STATES                          :

v.                                     :      Case No. 16-CR-0067 (HEH)

MAX ALBERTO ESTRADA LINARES            :

    Defendant                      :

<u>DEFENDANT'S POSITION IN AID OF SENTENCING</u>

# EXHIBIT 3

# LETTERS TO THE COURT FROM THE DEFENDANT'S FRIENDS

Sr.
Judge Hudson
Present.

Herein I cordially salute you wishing you success in your daily tasks.

The purpose of this letter is to inform you that I know Mr. Max Estrada. He has been a great friend and a humble and collaborative person with neighbors and friends; he has a united family for which I want to request your honor he gets a low sentence because his family needs him. His daughters are very small and they request his presence because it's a constant suffering to have his father far away.

I thank you for your attention, God bless you.

Sincerely,

Mario Ayala

Guatemala, 21 de Agosto del 2018.

Señor:
Juez Hudson
Presente.

Por medio de la presente lo saludo muy
cordialmente deseándole éxitos en sus labores.

El motivo de este escrito es para hacer de
su conocimiento que conozco al señor Max Estada
el a sido para mi un gran amigo, una persona
amable, humilde, muy colaborador con sus amigos
y vecinos, tiene una familia muy unida por lo cual
señor Juez quiero solicitar le den rebaja condenatoria
ya que su familia lo necesita, sus hijas estan muy
pequeñas y ellas requieren de su presencia ya que es
un sufrimiento muy grande para ellas tener a su
padre muy lejos.

De antemano agradezco su fina atención, Dios lo
bendiga.

Atentamente

Mario Ayala.

STUDIO

Jutiapa, July 9 2018

Judge Hudson:

Sincerely, I write you wishing you success in your daily tasks.

The purpose of this letter is to attest that I know Mr. Max Alberto Estrada Linares as a person with good principles, responsible and lovely with his family; I have known him for 30 years during his life in Guatemala, showing to be an excellent person who regretfully is going through a very hard moment along with his family and at the same time including all the people who know him and appreciate him.

Therefore honorable judge, I write this letter to a distinguished person as you asking from the bottom of my heart that Max Alberto Estrada Linares be sentenced to a minimum time, allowing to reincorporate to a familiar and societal life, as soon as possible, knowing that he will reflect and know how to behave in the best way.

Sincerely,

PIEDAD CARRILO FLORIAN

Jutiapa, 09 de Julio de 2018

JUEZ HUDSON:

Atentamente, me dirijo a usted deseándole éxitos en sus labores cotidianas.

El motivo de la presente es para manifestarle que conozco al señor: MAX ALBERTO ESTRADA LINARES, es una persona de Buenos Oficios, Buenos Principios, Responsable y Muy Amoroso con su Familia; a quien, conozco desde hace 30 años y durante su vida en Guatemala, demostró ser una excelente persona, pero que lamentablemente se encuentra pasando un momento muy difícil tanto para el como para su familia y a la vez también para todas las personas que lo conocemos y le tenemos aprecio.

Por lo cual honorable Juez, me permito dirigir la presente carta a tan distinguida persona como lo es usted, pidiéndole de todo corazón que MAX ALBERTO ESTRADA LINARES sea sentenciado a una pena mínima, que le permita reincorporarse a la vida en sociedad y familiar, lo más pronto posible, sabiendo que el mismo reflexionará y sabrá comportarse de la mejor manera.

Atentamente:

PIEDAD CARRILLO FLORIAN

**Señor**
**Hudson**
**Juez**

Presente:

     Por medio de la presente hago constar que conozco al Señor: Max Estrada con residencia en, Colonia 14 de febrero, Jurisdicción del Municipio de: San José, Departamento de: Escuintla,

     Quien es una persona Honesto, Honrado, Trabajador, de Buenos Hábitos, Responsable, con Principios y Valores Cristianos, el cual es de una familia honrada, y con buenos principios y valores cristianos, por lo cual no tengo ningún inconveniente alguno en **RECOMENDARLO,** y así dar buena de que es una buena persona al servicio de Dios y de nuestra comunidad.

     Y para los usos legales que al interesado convenga firmo la presente en el Municipio de San José, del Departamento de Escuintla, a los diecisiete días del mes de Agosto del año Dos Mil Dieciocho.

F.

P.E.M. Emanuel de Jesús Contreras López
Cel.: 4998-3507

Guatemala, August 10, 2018

Sir.
Judge Hudson
Present

I direct to you in the most attentive way wishing God bless you greatly. The motive of this letter is to let you know that I know Mr. Max Estrada who is there with you. I want to tell you that Max has been a great friend and I have known him since we studied together; he is a joyful, special, humble, hardworking and responsible person with his family.

For which I am pleased to request a sentence reduction for Max because he faces punishment and I feel that during the time he has spent there he has reflected on the actions that took him there. He has a beautiful family, gorgeous daughters, an united family and his daughters are in a lifespan where the need his love and affection because they are just girls and I cant imagine how hard it must be to be far away from their father. The only thought of imagining my daughters without his father is hard because it is difficult for a single mother to raise children. Sir Judge I ask on the name of our lord Jesus Christ to have mercy on this family. Please help Max to reduce his sentencing. I know God has spoke to him in different ways and he understood the purpose God has for him.

Without more to say, I thank you for your kind attention and God bless you and your family.

Sincerely,

Mirna Duarte                    In God We Trust!

Guatemala, 10 de Agosto 2018.

Señor:
Juez Hudson
Presente:

Me dirijo a usted de la manera mas atenta y deseando que Dios lo Bendiga grandemente, el motivo de la presente es para contarle que conozco al señor Max Estrada quien se encuentra allá con ustedes. Pues quiero contarle que Max a sido para mí un gran amigo lo conozco desde que estudiamos juntos, el es una persona alegre, servicial, humilde, trabajadora y muy responsable con su familia.

Por lo cual me es grato solicitar rebaja condenatoria para Max ya que el enfrenta un castigo y siento que durante este tiempo que el a pasado allí a tenido tiempo para reflexionar sobre las acciones que lo llevaron allí. El tiene una familia muy hermosa, tiene y hijas preciosas, es una familia muy unida y sus hijas están en el tiempo que ellas necesitan de su cariño, afecto y amor ya que son unas niñas y me imagino lo duro que debe ser para ellas estar sin su padre, solo de imaginarme yo a mis hijos sin su padre eso es duro para uno de padre salir adelante sola con ellos, entonces Señor Juez yo le pido en el nombre de nuestro Señor Jesucristo que tenga misericordia de esta familia. Ayúdelo para reducir la sentencia condenatoria para Max, se que Dios a hablado de muchas maneras a este hombre y se que el a entendido el propósito que Dios tiene para el.

Sin más que decir, le agradezco por su fina atención que Dios lo Bendiga a usted y toda su familia.

Atentamente,

Alpina Duarte          In God we Trust.

Good Morning Sr. Judge "Hudson."
Astrid Barrientos directs to you.

My following note is to let you know that Mr. Max Alberto Estrada Linares in an honest and friendly person with good heart. With the little God gave him he has helped many elderly adults and children, including my person.
I know God will touch your heart so you grant him with the lowest sentence. I imagine your honor is a parent and can understand a little the pain he has because he can't be with his daughters. If your honor knew the pain his daughters feel for being away from their father, watching the days passing by, not seeing him for their birthdays, and sad for being way from their father on special occasions. God has enlightened me that your honor has a huge heart; I do not know you but I send you a strong hug from the distance. God our creator bless you and your wonderful family.

I say goodbye cordially and have a beautiful day.

Sincerely, Astrid Jamileth Barrientos Ramirez

Muy Buen dia señor Juez "Hudson"
Se dirige ante Usted, Astrid Barrientos

Mi Siguiente nota es para hacerle saber
de el señor. "Max alberto estrada linares,"
es una persona Honesta amigable de muy
Buen corazon lo Poco que dios le a dado
a ayudado a muchos adoltos ancianos
y niños tambien a mi Persona.
yo se que Dios tocara su corazon y ara
que le Ponga la centenas mas baja.
me imagino que usted as Padre de familia
i Podra comprender un Poco el dolor que el
Ciente al no poder estar junto a sus hijas,
Si usted supiera el dolor que sus hijas
Sienten al no poder estar con su Padre
ver los dias Pasar y no Poder estar junto a sus
Padre pasar sus cumpleaños tristes Por no tener
a su Padre en sus fechas especiales Pero Dios
me a dado el sentir que usted señor
Juez es una Persona de un enorme
corazon no lo conozco pero le mando
un fuerte abrazo a la distancia. que
nuestro Creador Dios me lo Bendiga
enormemente a Usted y a su hermosa
familia.

Me despido amablemente de su persona
que tenga un Hermoso dia.

Att. Astrid Jamileth Barrientos Ramira

Guatemala. August 16, 2018

Sir Judge
Present

Dear Sir Judge:

Hereby I write you to appeal to your good heart.  In your hands there is the happiness of four girls and a wife who do not lose the faith and hope to see Mr. Max Estrada because he has shown to be a lovely and protective father who worries for his family welfare; he is a human being that does mistakes as all of us but with the bravery to face them despite the difficulties it can bring upon. His wife's strength is admirable and so far has been able to deal with this situation with God's help. But the days pass by and the family is still incomplete. Therefore, we need Mr. Max with us upon a time not far away.

I appreciate your attention, awaiting a positive answer.

Sincerely,
Cordially,
Cecilia Alejandra Lemus
ID-2451934640101

Guatemala, 16 de agosto del 2018

Señor Juez
Presente.

Estimado Señor Juez:

Por este medio me dirijo a su persona, para apelar a su buen corazón. En sus manos está la felicidad de 4 niñas y una esposa, que no pierden la fé y la esperanza de volver a ver a Don Max Estrada, porque él ha demostrado ser un papá amoroso, protector y que se preocupa por el bienestar de su familia, un ser humano como todos que cometemos errores pero con la valentía de enfrentarlos a pesar de las dificultades que pueda traer.

La fortaleza que ha tenido su esposa es admirable y hasta ahora ha sabido llevar ésta situación a flote, con la ayuda de Dios. Pero los días pasan y la familia sigue incompleta, es por ello que necesitamos a Don Max con nosotros en un tiempo no muy lejano.

Agradezco su atención a la misma, esperando tener una respuesta positiva.

Atentamente,

Cecilia Alejandra Lemus
DPI - 2451 93464 0101

Guatemala, August 2 2018

Sir Judge:

I respectfully greet you wishing success in your daily tasks, and that God spills blessings in your family and work.

The purpose of this letter is to give reference of an excellent human being as my great friend Max Estrada Linares, with whom I have lived moments in which he has motivated me to know Jesus, realizing that only with God we have an eternal life, he has emphasized the value of recognizing Jesus as the only savior, taught me that in life one can not walk if not is with the hand of God.

In the time I have known Max, and I have realized he is an excellent father who loves his daughters more than anything in life, a good husband who loves and supports his wife at all times, and a good friend who is always there when needed. He is an exemplary person with values who helps others expecting nothing in exchange. Because I know him in detail and amply I can assure you who is an honest, serious, responsible and committed person who always shows good disposition to help others before thinking about him.

Without anything further I appreciate your fine attention and easiness that can grant and support my friend Max Estrada Linares.

I remain at your service.

SINCERELY

SELVIN POLANCO
44497464

Guatemala, 2 de agosto de 2018

Señor Juez:

Le saludo respetuosamente deseando éxitos en sus labores diarias, y que Dios derrame bendiciones en su familia y trabajo.

El motivo de la presente carta es para dar una referencia de un excelente ser humano como lo es mi gran amigo Max Estrada Linares, con quien he convivido momentos en los cuales me ha motivado a conocer de Jesús, a darme cuenta de que solo con Dios tenemos vida eterna, me ha inculcado el valor de reconocer a Jesús como mi único Salvador, me enseñó que en la vida no se puede andar si no es de la mano de Dios.

En el tiempo que llevo de conocer a Max, me he dado cuenta que es un excelente padre, que ama a sus hijas más que a nada en la vida, un buen esposo, que ama y apoya a su esposa en todo momento, un buen amigo que siempre esta cuando lo necesitan, un gran ejemplo de persona, es un hombre de valores que ayuda a las personas sin esperar nada a cambio. Por lo que lo conozco amplia y detalladamente puedo asegurarle que es una persona íntegra, seria, responsable y comprometida, que siempre muestra buena disposición para ayudar a los demás sin antes pensar en él.

Sin otro inconveniente de antemano le agradezco su fina atención y facilidades que le pueda brindar y apoyar a mi amigo Max Estrada Linares.

Quedo a sus órdenes.

ATENTAMENTE

SELVIN POLANCO
44497646

To Whom It May Concern:

Hereby I certify that have known young Max Alberto Estrada Linares for 15 years, when he started to work Puerto Quetzal, where he showed himself in the work arena as respectful, responsible and hardworking young man. Personally, he is entrepreneur, good friend with good principles and moral values, a great human being able to get interested in the common good.

It is worth mentioning his nobility since he was a young man began working to support his mother and younger siblings, which most likely made him a lovely and dedicated father to the well being of his family. Therefore, I gladly express my entire trust on him and extend it hereby for Max Alberto convenience.

For the above I extend and sign this letter on July 17, 2018.


Sandra Julissa Osling Benitez
Cellphone number 50498049
ID No. 2713875720101

**A QUIEN INTERESE**

Por este medio hago constar que conozco desde hace aproximadamente 15 años al joven MAX ALBERTO ESTRADA LINARES, al comenzar sus labores en Puerto Quetzal, quien se dio a conocer en el ámbito laboral como un joven respetuoso, responsable y trabajador. En lo personal es emprendedor, buen amigo de buenos principios y valores morales, un gran ser humano, capaz de interesarse en el bien común.

Cabe mencionar, su nobleza ya que desde muy jovencito comenzó a trabajar para el sustento de su señora Madre y sus Hermanos menores, lo que seguramente hizo de él un padre muy amoroso y dedicado al bienestar de su Familia. Por tanto tengo a bien expresar mi entera confianza en él, y voluntad al extender la presente, para los usos que al joven Max Alberto convengan.

Por lo anteriormente descrito extiendo y firmo la presente carta a los diecisiete (17) días del mes de julio del año dos mil dieciocho.

Sandra Julissa Osling Benitez
No. Teléfono Celular  5049 8049
No. De DPI 2713 87572 0101