UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Case No. 16-CR-0067 (HEH) |
| MAX ALBERTO ESTRADA LINARES | : |
| Defendant | : |

<u>DEFENDANT'S POSITION IN AID OF SENTENCING</u>

# EXHIBIT 4A

# LETTERS TO THE COURT FROM MEMBERS OF THE DEFNDANT'S RELIGIOUS COMMUNITY (PART 1)

Jutiapa, July 6, 2018

Judge Hudson:

Sincerely, I direct to you wishing you success in your daily tasks, in such important job making justice and in the pursuit of the truth.

The motive of this letter is to state that I am cousins with MAX ALBERTO ESTRADA LINARES, that since 22 years ago when I was born I was diagnosed with brittle bone disease "Crystal Bones" (it is a genetic modification in which the bones easily fracture, sometimes without an apparent reason, it is suffered with short height, head enlargement, physical deformities, scoliosis, bone tissue formation, bruises, bent legs, loss of hearing, stiffness and blue spots on the sclera) despite this alteration or lifestyle, thanks God whom gave me life, thanks to my parents whom gave me life and mainly thanks to my cousin MAX ALBERTO ESTRADA LINARES whom since I was born and knowing my diagnosis, has helped me with medical treatments, special injections, physical therapy and has always been looking after me and my family. He is currently being judged under your jurisdiction for which I attest that during the time we lived together in the Republic of Guatemala he showed being an honorable, loyal, and integral person with good values.

For which I amply recommend MAX ALBERTO ESTRADA LINARES, begging and supplicating your honor that he is sentenced to a minimum sentence so he can return to his life in pursuit of social reinsertion and his family. Similarly, taking into account the above mentioned he is a good person and the great deed he has done for his family and me.

Sincerely,

ALFREDO AUGUSTO MUNOZ MEDIDA IDENTIFICATION DOCUMENT
3421747622201 ISSUE IN THE REPUBLIC OF GUATEMALA



Jutiapa, 06 de Julio de 2018

**JUEZ HUDSON:**

Atentamente, me dirijo a usted deseándole éxitos en sus labores cotidianas, en tan importante cargo de impartir Justicia y en búsqueda de la verdad.

El motivo de la presente es para manifestarle que soy primo de **MAX ALBERTO ESTRADA LINARES**, que desde hace 22 años que yo nací, a los 6 días de nacido de haberme diagnosticado **Osteagenesis Imperfecta OI "HUESOS DE CRISTAL"** (es una alteración genética en el cuál los huesos se fracturan con mucha facilidad, algunas veces se fracturan sin un motivo aparente, se sufre de baja estatura, agrandamiento de la cabeza, callo, deformidad física, escoliosis, formación de tejido óseo, hematomas, piernas arqueadas, perdida de la audición, rigidez y tinte azul en la esclerótica) a pesar de esta alteración o forma de vida que he llevado, primeramente gracias a Dios, que me dio la vida, gracias a mis padres y principalmente gracias a mi primo MAX ALBERTO ESTRADA LINARES quien desde que nací y al enterarse de mi diagnóstico, me ha ayudado a salir adelante, con mis tratamientos, inyecciones de un cemento especial, fisioterapias, él siempre ha estado al pendiente de mí y de mi familia, quien actualmente está siendo juzgado en su judicatura, por lo cual me permito indicarle que en el tiempo que conviví con el acá en la República de Guatemala, demostró ser una persona honorable, solidaria, integra, leal y de buenas costumbres.

Por lo cual me permito recomendar ampliamente a MAX ALBERTO ESTRADA LINARES, suplicándole y rogándole que sea sentenciado a una pena mínima, para que el mismo pueda retomar su vida en aras de la reinserción social y en bienestar de su familia, as mismo tomando en consideración a lo antes mencionado, en la buena persona que el ha sido y la gran obra que él ha hecho en mi por amor a su familia.

Atentamente

_____

ALFREDO AUGUSTO MUÑOZ MEDINA DOCUMENTO PERSONAL DE IDENTIFICACIÓN 3421 74762 2201 EXTENDIDO EN LA REPUBLICA DE GUATEMALA





```
IDGTM34217476262201S2201<<<061
9611294M2505129GTM<<9078501158
MUNOZ<<ALFREDO<<<<<<<<<<<<<<<<
```

# Pentecostal Evangelical Church

## "Vision of God"

### Margarito Masillas Melendres

### General Pastor

Puerto San Jose Escuintla August 66, 2018

To Whom It May Concern:

Hereby Margarito Mancilla Melendrez Pentecostal Evangelical Church Vision of God IS 40-31 pastor certify that know Max Alberto Estrada Linares.

With residence, Guatemala City as an honest, hardworking person with high moral values, he avoided problems and with good human relationships, fellowship in his community, so I do not doubt and do not have any inconvenience to stamp and sign the present. I turn in to the interested for the convenient legal use.

Sincerely,

Margarito Mancilla Melendrez            Stamp

Legal Person 53-2016

Puerto San Jose, August 21, 2018

Sir Hudson

Hereby I write with all due respect wishing you success in your daily tasks.

The purpose of this letter is to ask clemency when sentence Mr. Max Estrada because he is father of four children and his wife, in his absence is the support of his family. He has been a good man in here in the community of Puerto and has helped many people with jobs and sick people with medication and has given gifts to children on child's day, and Christmas baskets for poor families. I ask on the name of God a favorable sentence; so he can be with his family, please your honor consider it for his family.

Sir Judge, I thank you for your attention, God bless you.

Sincerely,

Esteban Escobar Family

Puerto San Jose  21 de agosto del 2018

Señor Hodson

    Por medio de la presente me dirijo a ustedes con el respeto que usted se merece deseándole buenos éxitos en sus labores diarios.

    El motivo de la presente es para pedirle clemencia para juzgar al señor Max Estrada pues ya que él es padre de familia de cuatro hijos y su esposa en la ausencia de él es el sartén de su familia, el cual ha sido un buen hombre aquí en la comunidad del puerto y ha ayudado mucha gente con trabajo y enfermos con medicina y a niños con regalos para el día del niño y canastas navideñas para las familias pobres, pidiéndole encarecidamente en el nombre de Dios una condena favorable para él, quien pueda estar con su familia ¡ no lo haga por el hágalo por la familia.

Señor Juez, agradeciéndole por su atención, Dios me lo bendiga.


Atentamente

Familia, Esteban Escobar                    *[firma]*


F. *[firma]* Sonia eM. E.E.          F. *[firma]*

Hereby Zoledad Enriquez with residence in Guatemala City write you Sir. Judge Hudson in reference to Max Alberto Estrada Linares. I request that in making a decision please have into account our words for that great person who has helped us and the whole community; he has been good problem, avoided problems. I thank your honor for the space you have given me, thanks for your attention.

Guatemala, August 6, 2018

Zoledad Enriquez

Por medio de la presente zoledad enriquez con dirección, ciudad de guatemala me dirijo a usted señor Jues Hudson por el motivo de la pesona, max alberto estrada linares le pido que al tomar una desición que se acuerde de nuestras palabras para esa gran persona que nos ayudado a nosotros y a toda la comunidad el con nosotros a sido buena persona es evitada a los problemas le doy gracias señor Jues por su espacio que me a dado gracias por su atención.

Guatemala 06 de agosto de 2,018

Zoledad enriquez.

# Pentecostal evangelic church
## Vision of God

## Puerto San Jose Escuintla August 6, 2018

To Whom It May Concern:

Through this letter Pastor Guadalu from the Vision of God Pentecostal evangelic church IS 40-31 attest that know Max Alberto Estrada Linares with residence in Guatemala city as a hard worker, honest with high values person. Who avoided problems and had good humane relationships and camaraderie in his community so I do not hesitate to sign and stamp the present. I surrender this for any legal usage necessary.

Sincerely,


Priest Angel Lemus Rizo                                                    Stamp

Legal Personality 53-2016



# IGLESIA EVANGELICA PENTECOSTES
# VISION DE DIOS

Puerto san José Escuintla 06 de agosto de 2018

A quien interese.

Por medio de la presente guadalu pastor de la iglesia pentecostés visión De Dios IS 40-31 hago constar que conozco a Max Alberto Estrada Linares con dirección, Ciudad de Guatemala como persona honrada de altos valores morales, trabajadora, así como evitada de problemas de buenas relaciones humanas y compañerismo en su comunidad por lo que no dudo y no tengo ningún inconveniente en extender firmar y sellar la presente. Dando entrega al interesado el uso legal que le convenga.

Atentamente.

F......................................................
Pastor Angel Lemus Rizo.
Personería jurídica 53-2016

Sello............................

Barrio Los Encuentros, Pto. San José, Escuintla.
Teléfono: 4520-2619

## Commercial Nautica Kavir

**Embarcadero II Neighborhood, Puerto San Jose, Escuintla**
**Manufacture of sea vessels with fiberglass**

Puerto San Jose, August 13, 2018

To Whom It May Concern:

Respectfully, I write to you with the next objective.

Mr. Max Alberto Estrada Linares from this port I have known as an honest, altruist person with good values, focused in the community with a very united family with religious precepts, therefore I do not have an inconvenient to recommend the above person.

Thanking beforehand your attention and with the respect you deserve I say bye to you.

Sincerely,

Kavir Enrique Perez Rizo

# COMERCIAL NAUTICA KAVIR

*Barrio el EMBARCADERO ll el Relleno, Puerto de San Jose, Escuintla*

*Fabricación de embarcaciones marítimas de poco calado de fibra de vidrio*

Puerto de San Jose, 13 de agosto de 2018

A QUIEN INTERTESE.

Con todo respeto me dirijo a usted con el siguiente objeto.

El señor Max Alberto Estrada Linares originario de este puerto lo conozco como persona de buenas costumbres, honradez a toda prueba, con alto grado de altruismo enfocado a la comunidad y con una familia muy unida y apegados a los preceptos religiosos, por lo tanto no tengo ningún inconveniente en recomendar a la persona en mención.

Agradeciendo de antemano su atencion a la presente y con el respeto que se merece me despido de usted.

ATENTAMENTE:

Kavir Enrique Perez Rizo

ALFREDO AUGUSTO MUNOZ MEDIDA IDENTIFICATION DOCUMENT
3421747622201 ISSUE IN THE REPUBLIC OF GUATEMALA

Guatemala, August 21, 2018

Sir
JUDGE HUDSON
Yours truly,

Honorable judge Hudson

I have the honor to write and greet you and at the same time hereby, let you know that thanks to Max Alberto Estrada Linares, identified with ID N. 160799406509 he helped us with medication and transportation to have eye surgery due to cataract and fleshiness in the department of Escuintla and we satisfactorily recovered.

We remain at your service.

Sincerely,

HILDA AZUCENA SOLIS   BALTAZAR ENRIQUE ASTURIAS SOLIS FREFELY JOEL BLANCO

Guatemala, 21 de agosto de 2018.

Señor
**JUEZ HUDSON**
Su Despacho.

Honorable juez Hudson

Tengo el agrado de dirigirme a usted para saludarlo y a la vez por este medio hacer de su conocimiento que gracias al señor MAX ALBERTO ESTRADA LINARES, quien se identifica con su número de DPI 1607994060509 nos ayudo con medicina, medicamentos y transporte para la realización de operaciones de los ojos por catarata y encarnocidad, en los mismos, que se llevo a cabo en el departamento de Escuintla, y que satisfactoriamente salimos bien de la cirugía.

Nos suscribimos de usted.

Atentamente,

1) HILDA AZUCENA SOLIS    2) BALTAZAR ENRIQUE ASTURIAS SOLIS    3) FREDELY JOEL BLANCO SOLIS
DPI 1854180580110    DPI 1856302350110    DPI 1836372600110