UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Case No. 16-CR-0067 (HEH) |
| MAX ALBERTO ESTRADA LINARES | : | |
| Defendant | : | |

DEFENDANT'S POSITION IN AID OF SENTENCING

# EXHIBIT 4B

# LETTERS TO THE COURT FROM MEMBERS OF THE DEFNDANT'S RELIGIOUS COMMUNITY (PART 2)

Evangelical Church of Los Valles
February 14 Neighborhood, Lot 4, 1. Final Street
Puerto San Jose, Escuintla

San Jose, Escuintla August 17, 2018

Sir
Hudson
Judge

Hereby:

Hereby we warmly greet you wishing you are well in health with your family and enjoying the rich blessings of our lord.

This letter is to let you know I've known Mr. Max Estrada since a few years, which is an honorable, honest, hardworking person with good faith and principles. He has been characterized as a good young guy in our community who has Christian principles, which is part of a good humble family with good principles and faith.

I do not have any inconvenience to recommend him anywhere and I give faith of his person. I sign hereby on a letter size paper.

I attest.

Veronica Lopez
Pastor

Emanuel Contreras
Secretary

*Iglesia Evangélica Pentecostés Lirios de Los Valles*
*Colonia 14 de Febrero, Bloque 9 Lote 4, 10ma. Calle Final*
*Puerto San José, Escuintla.*

San José, Escuintla 17 de Agosto 2018

Señor
Hudson
Juez

**Presente:**

Por este medio le saludamos cariñosamente deseando se encuentre bien de salud al lado de su familia y este gozando de las ricas bendiciones de nuestro Dios.

La presente es para hacer de su conocimiento que conozco al Señor Max Estrada, desde hace varios años quien es una persona Horada, Honesta, Trabajadora, de Buenos Hábitos y de buena Fe, desde hace varios años atrás conozco al Señor Estrada quien se ha caracterizado un buen joven dentro de nuestra comunidad quien tiene principios cristianos, el cual es de una buena familia humilde de buenos hábitos y de buena fe.

Por lo que no tengo ningún inconveniente en recomendarlo en cualquier lugar y por todo y todo Doy fe de su persona. Firmo la presente en una hoja de papel bond tamaño carta.

Doy fe.

F: _____
VERONICA LÓPEZ
PASTORA

F: _____
EMANUEL CONTRERAS
SECRETARIO
CEL: 4998-3507

Jesus Lives!
Christian Biblical Church

Guatemala 08-06-2018

Sr. Judge: Hudson:

In the most attentive way, I attest that our Ministry Jesus Lives, that has in charge the word of God in Mariscal Zavala Jail during 23 months up until today. God has allowed us to operate in at least three levels of inmates. First: Males whom do not want anything with their creator; Second, a few people who listen but do not allow and make changes in their lives; and third, people who recognize their mistakes, restitute their family lives and operate radical changes around them becoming leaders of God within the inmates' communities. They are an example, bringing hope and becoming valuable people for others.

In a very small population, 220 inmates, we have 17 prayer groups where it is virtually very hard that incorrect conducts take place within the jail because the word of God predominates and there is consolation and hope among the inmates' population.

Mr. Max Alberto Estrada Linares belongs to this third group as a leader, and his conduct somehow made us sorry upon his departure. I know there is nobody who has not failed God, but in an especial way, I appeal to your mercy because this man is today God's servant and we give testimony all of us who have proximity to him.

Thank you in advance for the attention and if you require any additional information do not hesitate to contacting me directly at 502-56019090.

Ricardo Collado

General Pastor Jesucrsito Vive Church
Guatemalan Army Chaplain



# Confraternidad Carcelaria Guatemala
*Más allá del crimen y el castigo*[SM]

Guatemala 06 de agosto 2018

Señor
Juez: Hudson
Su despacho

Señor Juez,

De la manera más atenta, hago constar, que nuestro ministerio Jesucristo Vive, que tiene a su cargo la palabra de Dios en el Preventivo Mariscal Závala, durante 23 meses hasta hoy, Dios nos ha permitido por lo menos operar en tres niveles de privados de libertad, el primero: Varones que no quieren nada absolutamente con su creador, dos algunas personas que oyen, pero de ninguna manera permiten y hacen cambios en su vida, y el tercero, personas que reconocen sus errores, restituyen su vida familiar y operan cambios radicales en su entorno y se convierten en líderes de Dios dentro de la comunidad en cautiverio, y ellos con su ejemplo y su compartir, dan esperanza y se convierten en personas de gran valor y ejemplo para los demás,

En una población tan pequeña, 220 privados de libertad, tenemos 17 grupos de oración, donde virtualmente es muy difícil que ahora sean frecuentes las conductas no correctas dentro del penal, ya que predomina la palabra de Dios y hoy hay consuelo, y esperanza dentro de la población.

El Hno. Max Alberto Estrada Linares, pertenece a este último grupo, solo que en calidad de líder, y su conducta, hizo que de alguna manera, su partida dejara un sentir de pesar entre nosotros, se que no hay quien no haya fallado delante de Dios, pero de manera muy especial, apelo a su misericordia, porque este hombre es hoy un siervo de Dios y su testimonio lo damos todos los que tenemos cercanía con el.

De antemano agradezco la atención que se sirva dar a la misma y cualquier información adicional, no dude en hacerlo directamente a mi teléfono 502-56019090.

Ricardo Collado Pastor General
Iglesia Jesucristo Vive y Capellán de Presidios.
c.c.a.

6ta. Avenida Norte y 1ra. Calle Poniente, Antigua Guatemala, C.A.
Teléfono: 5710-4335 • pastoralpenitenciaria.gt@gmail.com • www.pfguatemala.org

Jesus Lives!
Christian Biblical Church

Guatemala 08-06-2018

Sr. Judge: Hudson:

Dear Sr. Judge I write to attest hereby that Mr. Max Alberto Estrada Linares has been the point of contact between inmates and our church, facilitating our closeness to be able to carry Jesus Chris's gospel to bring consolation and hope to the men separated from their families and society, he is a person we've known and respected for the last 2 years for his collaboration and devotion. Hoping this letter is taken into account with the purpose of bringing justice in God's way when we see a repentant person with a new attitude in the middle of prison and loneliness.

Attorney Cesar Schaeffer
Legal Representative



Guatemala 06-08-2018

Sr. Juez: Hudson

Estimado Sr. Juez, me permito hacer constar por medio de la presente, que el Sr. . Max Alberto Estrada Linares, ha sido siempre uno de los puntos de contacto entre los privados de libertad y nuestra iglesia, facilitando la cercanía nuestra para poder llevar el evangelio de nuestro Señor Jesucristo y poder así llevar consuelo y esperanza a los hombres separados de sus vidas familiares y cercanía a la sociedad, es una persona que a lo largo de dos años hemos llegado a conocer y respetar, por su colaboración y entrega, esperamos se sirva tomar en cuenta esta carta a fin de poder brindar justicia a la manera de Dios, cuando vemos una persona arrepentida y con un nuevo caminar en medio de prisión y soledad.

Lic. Cesar Schaeffer

Representante Legal

Guatemala, August 22 2018

Sir

Judge Hudson

Your Office

I have the honor to write you wishing you success and at the same time hereby acknowledging that I thank MAX ALBERTO ESTRADA LINARES identified with ID number 1607994060509 because he donated us wooden crutches and medication needed for our community where there are many people with need without possibilities to obtain free medications,

Respectfully,

Sincerely,

Ronald Ivan Morales Barrios
ID # 2715428451301

Guatemala, 22 de agosto de 2018

Señor

Juez Hudson

Su Despacho

Tengo el honor de poder dirigirme a usted deseándole éxitos y a la vez hacer de su conocimiento por medio de la presente QUE agradezco al señor MAX ALBERTO ESTRADA LINARES, quien se identifica con su número de identificación personal DPI numero 1607994060509, nos brindo ayuda con muletas de madera para incapacitados y la donación de medicamentos que en nuestra comunidad hay muchas personas de escasos recursos sin posibilidad de obtener medicinas gratuitamente.

Me suscribo de usted.

Atentamente,

Ronald Ivan Morales Barrios
DPI 2715428451301



August 14, 2018

Sir:
Judge Hudson

Respectable Sir:

I write you wishing success in your daily tasks.

The purpose of this letter is to beg you to take into consideration my words so Mr. Max Alberto Estrada Linares is judged fairly taking into account that he is a good, hardworking, honest, responsible person, always helping others, not only at work aspect but also moral. He helped his community with what he could; he is an exemplar and responsible father for his daughters and lovely husband.

We ask and beg that the sentencing is not very since his family; specially his wife and daughters are the most affected for being far away, and most importantly depend on him economically.

I say bye to you and thank you for your understanding.

Sincerely,

Roxana ALvarez

14 de agosto de 2018

Señor:
Juez Hudson

Respetable señor:

Me dirijo a usted deseandole éxitos en sus labores.

El motivo de la presente es para suplicasle que tome en consideracion mis palabras para que el señor Max Alberto Estrada Linares pueda ser juzgado justamente tomando en cuenta que es una persona de bien, trabajador, honrado, responsable, honesto, siempre ayudando a los demás, no solo en el aspecto laboral, sino también moral ayudaba a su comunidad en lo que el pudiera, y así mismo decirle que como padre es un ejemplo para sus hijas ya que ha sido un padre responsable y un esposo amoroso.

Por lo cual le pedimos y suplicamos que la sentencia no sea muy alta ya que su familia en especial su esposa e hijas son las mas afectadas al estar lejos de el y lo mas importante dependen de el economicamente.

Me despido de usted agradeciendo su comprensión.

Atentamente.

Roxana Alvarez.



Guatemala July 29, 2018

To Whom It May Concern:

Respectfully I present my testimony about Mr. Max Alberto Estrada, who faces a legal case in United States of America. Brother Max was called to join the word of Jesus Son of God's church. Because of his good testimony at the Mariscal Zavala Jail in Guatemala, he was selected by the love of God to follow our Jesus Lord steps in faith and for his compassion and love towards others.

I know God will look after him and show his mercy.

God Bless You

Juan de Dios de la Cruz Rodriguez L.

General Pastor

Jesus Christ Church

Guatemala 29 Julio 2018

A quien le interese:

Respetuosamente, presento mi testimonio acerca de Señor Max Estrada, quien enfrenta un proceso judicial en Estados Unidos de Norte America. El hermano Max fue llamado a conformar el Consejo de la Iglesia de Jesucristo Hijo del Dios Verdadero, por su buen testimonio dentro de la Cárcel Mariscal Zavala (en Guatemala).

El fue seleccionado por el amor a Dios y por seguir las huellas de Nuestro Señor Jesucristo en Fe, por la compasión y bondad hacia su projimo.

Se que Dios tendra cuidado de el y le mostrará su misericordia.

Dios les Bendiga.

Juan de Dios de la Cruz Rodriguez L.
Pastor General.

**IGLESIA DE JESUCRISTO
HIJO DEL DIOS VERDADERO**

# WORKERS UNION
# PORT COMPANY QUETZAL
### Km. 102 Escuintla Highway – Puerto Quetzal
### Escuintla, Guatemala, C. A.
e-mail: stepq_guatemala@yahoo.com

Engineer
Oscar Jose Alvarez Abulaach
General Manager
Port Company Quetzal
Yours truly,

Engineer Alvarez:

Receive a warm greeting from the executive committee and the advisory counsel from the workers union at the Quetzal Port Company (STEPQ).

The motive of this letter is to inform you the occurred at the Extraordinary General Assembly, which we attach a copy of the certification correspondent Act and for which respectfully request from the date the administration respects the established in the attached act.

Without anything further and in hope of your commitment to apply the dispositions this honorable assembly subscribe to you sincerely.

| | |
|---|---|
| Lazaro Noe Reyes Matta<br>Organization Secretary | Max Alberto Estrada Linares<br>Conflicts and Work Secretary |
| Eulogio Obispo Monzon Merida<br>Finance Secretary | Oscar Giovany Gonzalez Donado<br>Acts and Agreements Secretary |
| Cesar Edmundo Estrada Castaneda<br>Culture and Sports Secretary | Jose Alfredo Castro<br>Social Prevention Secretary |
| Nelson Robert Rodriguez Mendez<br>Control and Statistics Secretary | Mario Rene Charuco Calderon<br>Advisory Counsel |

CC Presidency of the Republic, Ministry of Communications, Board of Directors, Management, Department Police Stations


# SINDICATO DE TRABAJADORES
# EMPRESA PORTUARIA QUETZAL

Km. 102 Autopista Escuintla - Puerto Quetzal
Escuintla, Guatemala, C. A.
e-mail: stepq_guatemala@yahoo.com



Puerto Quetzal, 09 de Julio de 2009



Licenciado
Edgar Rolando Acevedo Navas
Gerente Administrativo
Empresa Portuaria Quetzal
Su Despacho.

Licenciado Acevedo:

Reciba un cordial saludo de parte del Sindicato de Trabajadores de Empresa portuaria Quetzal (STEPQ).

El motivo de la presente es para solicitar su valiosa colaboración al respecto nos proporcione un Bus para transportar a la Banda Musical del colegio Santa Maria hacia el municipio de Santa Lucia Cotzumalguapa el día sábado 11 de julio del presente mes y año, así mismo también el día sábado 01 de agosto al festival que se realizara en Guanagazapa Escuintla saliendo de dicho establecimiento educativo a las 06:30AM en ambas fechas, ya que como banda musical participan en las distintas actividades que se hacen dentro y fuera del país.

No esta demás indicarle que en varias ocasiones dicha banda nos ha colaborado en la distintas actividades que como organización hemos tenido sin costo alguno, por tal motivo solicitamos nos apoye con lo solicitado.

Sin más que agregar y en espera de una respuesta positiva nos suscribimos de usted.

Atentamente,

Lázaro Noe Reyes Matta
Secretario de Organización

Max Alberto Estrada Linares
Secretario de Trabajo y Conflictos

Eulogio Obispo Monzon Mérida
Secretario de Finanzas

Oscar Giovanni González Donado
Secretario de Actas y Acuerdos

Cesar Edmundo Estrada Castañeda
Secretario de Cultura y Deporte

Nelson Roberti Rodriguez Méndez
Secretario de Control y Estadística

Mario Rene Charuco Calderón
Consejo Consultivo

Guatemala, August 6, 2018

Hello Sir Judge, we ask you have mercy on Max Alberto Estrada Linares so he gets taken out of that place. He is a good person. I am Merlyn Xiomarra Carmona Escobar and am a thankful young girl with Max Estrada because he has helped us during these years, supporting the youth and we ask God he is taken out of that place and we thank you Sir Judge and beg you to take into consideration my words, hoping they mean something. Thanks for everything.

Merlyn Xiomarra Carmona Escobar

Guatemala 06 de agosto 2018

Hola señor juez nosotros le pedimos que tenga con pasión del señor max alberto estrada linares para que lo saquen de ese lugar el es una buena persona yo merlyn xiomara cardona escobar soy una joven agradecida con la persona max estrada que nos ayudado todos estos años nos ha echado la mano a nosotras y a toda la juventud toda la juventud estamos agradecidos con esa persona nos ha echado la mano y le pedimos a Dios que los saquen de ese lugar y le agradesco a usted señor juez le suplico que tome en cuenta mis palabra ojala sirvan para algo gracias por todo.

merlyn xiomara cardona escobar.